**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Gilman's Cleaners, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1569233** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **40 Dolson Avenue**<br>**Middletown, NY 10940**<br>Number, Street, City, State & ZIP Code | **P.O. Box 189**<br>**Middletown, NY 10940**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **gilmans.us** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor    **Gilman's Cleaners, Inc.**                                          Case number *(if known)* _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Gilman's Cleaners, Inc.** _____   Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? **Solvent tank breached in 2016 which in turn spilled solvent onto the property.Previous owner was supposed to address the issue and has not.**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** **40 Dolson Avenue**
**Middletown, NY, 10940-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**      .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,000 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Gilman's Cleaners, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2020**
                MM / DD / YYYY

*X* **/s/ Daniel Hinton**                                    **Daniel Hinton**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ Michelle L. Trier**                    Date    **July 27, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Michelle L. Trier 1212**
Printed name

**Genova & Malin**
Firm name

**1136 Route 9**
**Wappingers Falls, NY 12590**
Number, Street, City, State & ZIP Code

Contact phone    **845-298-1600**      Email address

**1212 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2020**              X */s/ Daniel Hinton*
                                              Signature of individual signing on behalf of debtor

                                              **Daniel Hinton**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

| Debtor name | Gilman's Cleaners, Inc. |
|---|---|
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Payment Processing Center** P.O. Box 78234 Phoenix, AZ 85062-8234 | | **Vehicle loan deficiencies; 2015 Chevrolet City Express Van 2017 Chevrolet City Express Van** | | | | $6,113.05 |
| **Ally Financial** P.O. Box 8138 Cockeysville, MD 21030 | | **2018 Dodge Ram Promaster** | | $40,169.46 | $19,420.00 | $20,749.46 |
| **AmTrust Financial Services, Inc.** 59 Maiden Lane New York, NY 10038 | | **Business debt** | | | | $9,723.00 |
| **Evangelos** 4003 Dyre Avenue Bronx, NY 10466 | | **Goods & services** | | | | $6,500.00 |
| **Heller Pension Associates, Inc.** 1363 Ny Route 9G Hyde Park, NY 12538 | | **Pension/Profit sharing administrator** | | | | $20,000.00 |
| **Hinman, Howard & Kattell, LLP** 80 Exchange Street Binghamton, NY 13901 | | **Goods & Services** | | | | $9,000.00 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | **Federal Income Taxes: Federal Tax lien filed 4th quarter, 2018; 1st & 2nd quarter, 2019** | | | | $52,022.18 |

| Debtor | **Gilman's Cleaners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kevin Somarelli c/o Catania, Mahon & Rider, PLLC P.O. Box 1479 Newburgh, NY 12551 | | **Personally guaranteed business debt.** | | | | $41,834.24 |
| L & L Boiler Maintenance, Inc. 116 South Washington Street Montoursville, PA 17754 | | **Goods & services** | | | | $7,452.90 |
| M&R Energy P.O. Box 4091 New Windsor, NY 12553 | | **Goods & services** | | | | $16,816.33 |
| Martin D'Lugatz Living Trust 8 Par Court Middletown, NY 10940 | | **All Business Assets** | | $315,000.00 | $56,013.79 | $258,986.21 |
| Minda Supply Company 380 Franklin Turnpike Mahwah, NJ 07430 | | **Business debt** | **Disputed** | | | $8,892.60 |
| NYS Department of Taxation & Finance Civil Enforcement WA Harriman Campus Albany, NY 12227-0001 | | **Tax Warrants filed** | **Disputed** | | | $24,076.00 |
| Orange & Rockland Elect Comp PO Box 1005 Spring Valley, NY 10977 | | **Goods & Services** | | | | $26,389.40 |
| Orange Bank and Trust 212 Dolson Avenue Middletown, NY 10940 | | **Line of Credit** | | | | $48,610.76 |
| Solvents & Petroleum 1405 Brewerton Rd. Syracuse, NY 13208 | | **Goods & services** | | | | $7,800.00 |
| The Dime Bank 820 Church Street Honesdale, PA 18431 | | **Paycheck protection loan** | | | | $133,692.78 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

Debtor    **Gilman's Cleaners, Inc.**                                   Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travlers Insurance P.O. Box 660317 Dallas, TX 75266-0317** | | **Insurance: policy was cancelled** | **Disputed** | | | **$15,000.00** |
| **Wexbank P.O. Box 6293 Carol Stream, IL 60197-6293** | | **Business debt** | | | | **$6,482.78** |
| **Windham Professionals, Inc. 382 Main Street Salem, NH 03079-2412** | | **Business debt** | **Disputed** | | | **$7,986.87** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $      78,096.79

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $      78,096.79

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      355,169.46

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      76,098.18

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      410,158.87

4.   **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b          $      841,426.51

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Dime Bank** | **Checking Account (Operating account)** | | $151.19 |
| 3.2. | **The Dime Bank** | **Checking Account (Payroll)** | | $19,904.72 |
| 3.3. | **The Dime Bank** | **Checking Account (Merchant account)** | | $557.88 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $20,613.79 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Gilman's Cleaners, Inc.**                                      Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **18,000.00** | - | **0.00** = .... | **$18,000.00** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$18,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Soap, Hangers and Dry Cleaning Chemicals | | **Unknown** | | **$8,000.00** |

| 23. | **Total of Part 5.** | **$8,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Gilman's Cleaners, Inc.**                                    Case number *(If known)*
          Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, chairs and computers** | **Unknown** | | **$9,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$9,000.00** |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2007 Honda Element** | **Unknown** | | **$1,000.00** |
| 47.2. | **2018 Dodge Ram Promaster** | **Unknown** | | **$19,420.00** |
| 47.3. | **2007 Chevrolet Express** | **Unknown** | | **$588.00** |
| 47.4. | **2013 Chevrolet Express** | **Unknown** | | **$1,075.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Gilman's Cleaners, Inc.**                                    Case number *(If known)* _____
_____
Name

| 49. | **Aircraft and accessories** | | |
|---|---|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
|---|---|---|---|
| | Clothing racks and 7 presses | Unknown | $400.00 |

| 51. | **Total of Part 8.** | **$22,483.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Gilman's Cleaners, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white;">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,613.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,483.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $78,096.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $78,096.79 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Ally Financial**
Creditor's Name

Describe debtor's property that is subject to a lien
**2018 Dodge Ram Promaster**

Amount of claim: **$40,169.46**    Value of collateral: **$19,420.00**

**P.O. Box 8138**
**Cockeysville, MD 21030**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
Creditor's email address, if known
☑ No
☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Martin D'Lugatz Living Trust**
Creditor's Name

Describe debtor's property that is subject to a lien
**All Business Assets**

**$315,000.00**    **$56,013.79**

**8 Par Court**
**Middletown, NY 10940**
Creditor's mailing address

Describe the lien
**UCC -1 filing (3/29/2018)**

Is the creditor an insider or related party?
Creditor's email address, if known
☑ No
☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **Gilman's Cleaners, Inc.**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯    Case number (if known) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    Name

■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$355,169.46** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name          **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,022.18 | $52,022.18 |
| **Internal Revenue Service** | *Check all that apply.* | | |
| **P.O. Box 7346** | ☐ Contingent | | |
| **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Federal Income Taxes: Federal Tax lien filed 4th quarter, 2018; 1st & 2nd quarter, 2019** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | ☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,076.00 | $24,076.00 |
| **NYS Department of Taxation & Finance** | *Check all that apply.* | | |
| **Civil Enforcement** | ☐ Contingent | | |
| **WA Harriman Campus** | ☐ Unliquidated | | |
| **Albany, NY 12227-0001** | ■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| | **Tax Warrants filed** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Gilman's Cleaners, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$931.00**

Abraham Posen
5 Taylor Ct., Unit 201
Monroe, NY 10950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Judgment entered 9/6/2019

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$475.75**

All Air Inc.
175 Clearbrook Rd.
Elmsford, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,113.05**

Ally
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062-8234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vehicle loan deficiencies;
2015 Chevrolet City Express Van
2017 Chevrolet City Express Van

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,723.00**

AmTrust Financial Services, Inc.
59 Maiden Lane
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$944.25**

Bound Brook Dry Cleaners & Tailors
265 W. Union Ave.
Bound Brook, NJ 08805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,158.07**

Chemtrec
39 Old Ridgebury Road
Danbury, CT 06810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.83**

D. Anderson Towing Inc.
343 Route 211
Middletown, NY 10940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Gilman's Cleaners, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Division of Safety & Health Boiler Safet**
**State Office Campus**
**Building 12, Room 165**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00**

**Evangelos**
**4003 Dyre Avenue**
**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.67**

**FedEx**
**P.O. Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,186.63**

**Financial Pacific Leasing**
**P.O. Box 749642**
**Los Angeles, CA 90074-9642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **1234**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,113.07**

**First Data**
**Attn Box 4640 Constellation**
**8430 West Bryn Mawr Ave, 3rd Floor**
**Chicago, IL 60631-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Fish Window Cleaning**
**21 West Street**
**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

**G. Richard Truex Plumbing & Heating**
**15 Royce Avenue**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Gilman's Cleaners, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Great American Insurance Company**
**c/o Fields Group Insurance Services**
**110 E. 42nd Street, 16th floor**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$932.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
**Heller Pension Associates, Inc.**
**1363 Ny Route 9G**
**Hyde Park, NY 12538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$20,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pension/Profit sharing administrator**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address
**Hinman, Howard & Kattell, LLP**
**80 Exchange Street**
**Binghamton, NY 13901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$9,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
**James D. McCann & Son Inc.**
**Route 211 West**
** P.O. Box 2211**
**Middletown, NY 10940**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$616.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address
**Judelson, Giordano, Siegel**
**633 NY Route 211**
**Middletown, NY 10941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$5,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**Kevin Somarelli**
**c/o Catania, Mahon & Rider, PLLC**
**P.O. Box 1479**
**Newburgh, NY 12551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$41,834.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personally guaranteed business debt.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**L & L Boiler Maintenance, Inc.**
**116 South Washington Street**
**Montoursville, PA 17754**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$7,452.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Gilman's Cleaners, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.24** |
|---|---|---|---|
| | **Luzon Enviromental Services** <br> **1246 Glen Wild Rd.** <br> **Woodridge, NY 12789** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Business debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,816.33** |
|---|---|---|---|
| | **M&R Energy** <br> **P.O. Box 4091** <br> **New Windsor, NY 12553** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Goods & services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$644.00** |
|---|---|---|---|
| | **MassMutual** <br> **100 Bright Meadow Blvd.** <br> **Enfield, CT 06082** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Business Debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|
| | **Matthew's** <br> **P.O. Box 449** <br> **Westtown, NY 10998** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Goods & services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |
|---|---|---|---|
| | **Michael Jankowski** <br> **69 Bull Road** <br> **Otisville, NY 10963** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Business debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **Millpond Cleaners** <br> **46 Millpond Pkwy** <br> **Monroe, NY 10950** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Goods & services** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,892.60** |
|---|---|---|---|
| | **Minda Supply Company** <br> **380 Franklin Turnpike** <br> **Mahwah, NJ 07430** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Business debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Gilman's Cleaners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$891.43**

**NY Community Financial, LLC**
**c/o John Boulos, Esq.**
**120 Bay Ridge Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __0059__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$639.10**

**NY Community Financial, LLC**
**c/o John Boulos, Esq.**
**120 Bay Ridge Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number __4223__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00**

**NYS Dept. of Environmental Conservation**
**P.O. Box 784971**
**Philadelphia, PA 19178-4971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$366.66**

**Oprandy's Fire and Safety Equipment**
**49 Brookline Ave**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,389.40**

**Orange & Rockland Elect Comp**
**PO Box 1005**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods & Services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,610.76**

**Orange Bank and Trust**
**212 Dolson Avenue**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Line of Credit__

Last 4 digits of account number __3014__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,367.89**

**Paychex, Inc.**
**1175 John Street**
**West Henrietta, NY 14586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Gilman's Cleaners, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address
**Pitney Bowes Global Financial Services**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _
Last 4 digits of account number **7557**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Price Chopper Supermarkets**
**461 Nott Street**
**Attn: Check Collection Dept.**
**Schenectady, NY 12308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$339.29**

---

**3.38** | Nonpriority creditor's name and mailing address
**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$216.24**

---

**3.39** | Nonpriority creditor's name and mailing address
**Scranton Grinder**
**1020 Hemlock St.**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Busines Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$524.98**

---

**3.40** | Nonpriority creditor's name and mailing address
**Solvents & Petroleum**
**1405 Brewerton Rd.**
**Syracuse, NY 13208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,800.00**

---

**3.41** | Nonpriority creditor's name and mailing address
**Sullivan Fire Protection Corp.**
**16 Railroad Plaza**
**South Fallsburg, NY 12779**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$297.34**

---

**3.42** | Nonpriority creditor's name and mailing address
**The Dime Bank**
**820 Church Street**
**Honesdale, PA 18431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Paycheck protection loan**

Is the claim subject to offset? ■ No ☐ Yes

**$133,692.78**

---

| Debtor | Gilman's Cleaners, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.83 |
|---|---|---|---|

**Times Herald Record**
**40 Mulberry Street**
**Middletown, NY 10940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Travlers Insurance**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Insurance: policy was cancelled**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,482.78 |
|---|---|---|---|

**Wexbank**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,986.87 |
|---|---|---|---|

**Windham Professionals, Inc.**
**382 Main Street**
**Salem, NH 03079-2412**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4379_

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kevin F. Preston**<br>**MacVean, Lewis, Sherwin & McDermott, P.C**<br>**34 Grove Street, P.O. Box 310**<br>**Middletown, NY 10940** | Line **3.34**<br><br>☐ Not listed. Explain | _ |
| 4.2 | **Murray S. Lubitz Attorney at Law**<br>**245 Main Street**<br>**White Plains, NY 10601** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **U.S Small Business Administration**<br>**801 Tom Martin Drive**<br>**Birmingham, AL 35211** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 76,098.18 |
| 5b. Total claims from Part 2 | 5b. + | $ | 410,158.87 |

Debtor    **Gilman's Cleaners, Inc.**

Name

Case number (*if known*)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                    486,257.05

**Fill in this information to identify the case:**

Debtor name    **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **2 Water heaters** |
| State the term remaining | **39 months** |
| List the contract number of any government contract | **Centra Funding, LLC**<br>**1400 Preston Road**<br>**Suite 115**<br>**Plano, TX 75093** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **2 Shirt machines** |
| State the term remaining | **37 months** |
| List the contract number of any government contract | **Financial Pacific Leasing, Inc.**<br>**3455 S 344th Way**<br>**Auburn, WA 98001** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Building lease** |
| State the term remaining | |
| List the contract number of any government contract | **Hintons5, LLC**<br>**106 Donny Drive**<br>**Roaring Brook Township, PA 18444** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **2 EH080 Soft mount washer extractor and 120' 3/4 speed rail with 3 switches and 6 trollys** |
| State the term remaining | **Pawnee Leasing Corporation**<br>**3801 Automation Way**<br>**Suite 207**<br>**Fort Collins, CO 80525** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Daniel Hinton** | **106 Donny Drive**<br>**Roaringbrook, PA 18444** | **Orange Bank and Trust** | ☐ D  _____<br>■ E/F  **3.34**<br>☐ G  _____ |
| 2.2   **Daniel Hinton** | **106 Donny Drive**<br>**Roaringbrook, PA 18444** | **Miscellaneous creditors** | ☐ D  _____<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3   **Jack Hinton** | **37 West Conkling Avenue**<br>**Middletown, NY 10940** | **Orange Bank and Trust** | ☐ D  _____<br>■ E/F  **3.34**<br>☐ G  _____ |
| 2.4   **Jack Hinton** | **37 West Conkling Avenue**<br>**Middletown, NY 10940** | **Ally Financial** | ■ D  **2.1**<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Gilman's Cleaners, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
 amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$151,246.44** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$683,961.64** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$1,005,496.90** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Gilman's Cleaners, Inc.** | | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally Financial P.O. Box 8138 Cockeysville, MD 21030** | **2015 and 2017 Chevrolet City Express Vans** | **10/2019** | **$0.00** |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kevin Somarelli vs. Daniel Hinton, Mobilepro Cleaners Inc. and Gilman's Cleaners, Inc., EF001262-2020** | **Judgment Proceeding** | **Supreme Court of the State of New York County of Orange 285 Main Street Goshen, NY 10924** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Financial Pacific Leasing, Inc. v. Gilman's Cleaners Inc. EF002276-2020** | **Judgment Proceeding** | **Supreme Court of the State of New York County of Orange 285 Main Street Goshen, NY 10924** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Orange Bank and Trust v. Gilman's Cleaners, Inc.; Daniel Hinton; Jack Hinton; and Mobilepro Cleaners, Inc. EF002971-2020** | **Judgment Proceeding** | **Supreme Court of the State of New York County of Orange 285 Main Street Goshen, NY 10924** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Gilman's Cleaners, Inc.**                                      Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Minda Supply Company v. Gilman's Cleaners, Inc.**<br>**CV 423/2020** | **Judgment Proceeding** | **City Court of Middletown County of Orange, State of New York**<br>**2 James Street**<br>**Middletown, NY 10940** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Abraham Posen v. Gilman's Cleaners, Inc.**<br>**SC-000670-19/MI** | **Judgment entered 9/6/2019** | **City Court of Middletown County of Orange, State of New York**<br>**2 James Street**<br>**Middletown, NY 10940** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Gilman's Cleaners, Inc. | | Case number *(if known)* | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Genova & Malin<br>1136 Route 9<br>Wappingers Falls, NY 12590 | Attorney's Fees | 5/27/2020 | $15,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Gilman's Cleaners, Inc.**                                        Case number *(if known)*

**Credit Card information is encrypted when a customer creates an account.**

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Paychex Profit Sharing** | EIN: |

Has the plan been terminated?

■ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Orange Bank and Trust 212 Dolson Avenue Middletown, NY 10940** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **December, 2019** | **$0.00** |
| 18.2. | **Orange Bank and Trust 212 Dolson Avenue Middletown, NY 10940** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **December, 2019** | **$0.00** |
| 18.3. | **Orange Bank and Trust 212 Dolson Avenue Middletown, NY 10940** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **December, 2019** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Gilman's Cleaners, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Hintons5, LLC Gilman's Clearners 40 Dolson Avenue Middletown, NY 10940 | NYS Department of Conservation 625 Broadway Albany, NY 12233-0001 | | 2/28/2018 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 6

Debtor   **Gilman's Cleaners, Inc.**                                      Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Kristin
Quickbooks** | **March, 2020 to
present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lori Wattman** | |
| 26c.2.   **Caroline Hoffman** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Gilman's Cleaners, Inc.**                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Hinton | 106 Donny Drive<br>Roaringbrook, PA 18444 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Daniel Hinton<br>106 Donny Drive<br>Roaringbrook, PA 18444** | **$1,500.00/week** | **January, 2019 - October, 2019** | **Salary** |
| | **Relationship to debtor<br>President** | | | |
| 30.2. | **Jack Hinton<br>37 West Conkling Avenue<br>Middletown, NY 10940** | **$350.00/week** | **July, 2019 to current** | **Salary** |
| | **Relationship to debtor<br>Father of President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Gilman's Cleaners, Inc.** _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2020** _____

**/s/ Daniel Hinton** _____              **Daniel Hinton** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re    **Gilman's Cleaners, Inc.**                  Case No.

                                                         Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 27, 2020**                      **/s/ Daniel Hinton**

                                                  **Daniel Hinton**/**President**

                                                  Signer/Title

ABRAHAM POSEN
5 TAYLOR CT., UNIT 201
MONROE, NY 10950


ALL AIR INC.
175 CLEARBROOK RD.
ELMSFORD, NY 10523


ALLY
PAYMENT PROCESSING CENTER
P.O. BOX 78234
PHOENIX, AZ 85062-8234


ALLY FINANCIAL
P.O. BOX 8138
COCKEYSVILLE, MD 21030


AMTRUST FINANCIAL SERVICES, INC.
59 MAIDEN LANE
NEW YORK, NY 10038


BOUND BROOK DRY CLEANERS & TAILORS
265 W. UNION AVE.
BOUND BROOK, NJ 08805


CENTRA FUNDING, LLC
1400 PRESTON ROAD
SUITE 115
PLANO, TX 75093


CHEMTREC
39 OLD RIDGEBURY ROAD
DANBURY, CT 06810


D. ANDERSON TOWING INC.
343 ROUTE 211
MIDDLETOWN, NY 10940


DANIEL HINTON
106 DONNY DRIVE
ROARINGBROOK, PA 18444

DIVISION OF SAFETY & HEALTH BOILER SAFET
STATE OFFICE CAMPUS
BUILDING 12, ROOM 165
ALBANY, NY 12240


EVANGELOS
4003 DYRE AVENUE
BRONX, NY 10466


FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FINANCIAL PACIFIC LEASING
P.O. BOX 749642
LOS ANGELES, CA 90074-9642


FINANCIAL PACIFIC LEASING, INC.
3455 S 344TH WAY
AUBURN, WA 98001


FIRST DATA
ATTN BOX 4640 CONSTELLATION
8430 WEST BRYN MAWR AVE, 3RD FLOOR
CHICAGO, IL 60631-4640


FISH WINDOW CLEANING
21 WEST STREET
NEWBURGH, NY 12550


G. RICHARD TRUEX PLUMBING & HEATING
15 ROYCE AVENUE
MIDDLETOWN, NY 10940


GREAT AMERICAN INSURANCE COMPANY
C/O FIELDS GROUP INSURANCE SERVICES
110 E. 42ND STREET, 16TH FLOOR
NEW YORK, NY 10017


HELLER PENSION ASSOCIATES, INC.
1363 NY ROUTE 9G
HYDE PARK, NY 12538

HINMAN, HOWARD & KATTELL, LLP
80 EXCHANGE STREET
BINGHAMTON, NY 13901


HINTONS5, LLC
106 DONNY DRIVE
ROARING BROOK TOWNSHIP, PA 18444


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JACK HINTON
37 WEST CONKLING AVENUE
MIDDLETOWN, NY 10940


JAMES D. MCCANN & SON INC.
ROUTE 211 WEST
 P.O. BOX 2211
MIDDLETOWN, NY 10940


JUDELSON, GIORDANO, SIEGEL
633 NY ROUTE 211
MIDDLETOWN, NY 10941


KEVIN F. PRESTON
MACVEAN, LEWIS, SHERWIN & MCDERMOTT, P.C
34 GROVE STREET, P.O. BOX 310
MIDDLETOWN, NY 10940


KEVIN SOMARELLI
C/O CATANIA, MAHON & RIDER, PLLC
P.O. BOX 1479
NEWBURGH, NY 12551


L & L BOILER MAINTENANCE, INC.
116 SOUTH WASHINGTON STREET
MONTOURSVILLE, PA 17754


LUZON ENVIROMENTAL SERVICES
1246 GLEN WILD RD.
WOODRIDGE, NY 12789

M&R ENERGY
P.O. BOX 4091
NEW WINDSOR, NY 12553


MARTIN D'LUGATZ LIVING TRUST
8 PAR COURT
MIDDLETOWN, NY 10940


MASSMUTUAL
100 BRIGHT MEADOW BLVD.
ENFIELD, CT 06082


MATTHEW'S
P.O. BOX 449
WESTTOWN, NY 10998


MICHAEL JANKOWSKI
69 BULL ROAD
OTISVILLE, NY 10963


MILLPOND CLEANERS
46 MILLPOND PKWY
MONROE, NY 10950


MINDA SUPPLY COMPANY
380 FRANKLIN TURNPIKE
MAHWAH, NJ 07430


MURRAY S. LUBITZ ATTORNEY AT LAW
245 MAIN STREET
WHITE PLAINS, NY 10601


NY COMMUNITY FINANCIAL, LLC
C/O JOHN BOULOS, ESQ.
120 BAY RIDGE AVENUE
BROOKLYN, NY 11220


NYS DEPARTMENT OF TAXATION & FINANCE
CIVIL ENFORCEMENT
WA HARRIMAN CAMPUS
ALBANY, NY 12227-0001


NYS DEPT. OF ENVIRONMENTAL CONSERVATION
P.O. BOX 784971
PHILADELPHIA, PA 19178-4971

OPRANDY'S FIRE AND SAFETY EQUIPMENT
49 BROOKLINE AVE
MIDDLETOWN, NY 10940


ORANGE & ROCKLAND ELECT COMP
PO BOX 1005
SPRING VALLEY, NY 10977


ORANGE BANK AND TRUST
212 DOLSON AVENUE
MIDDLETOWN, NY 10940


PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS, CO 80525


PAYCHEX, INC.
1175 JOHN STREET
WEST HENRIETTA, NY 14586


PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PRICE CHOPPER SUPERMARKETS
461 NOTT STREET
ATTN: CHECK COLLECTION DEPT.
SCHENECTADY, NY 12308


QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600


SCRANTON GRINDER
1020 HEMLOCK ST.
SCRANTON, PA 18505


SOLVENTS & PETROLEUM
1405 BREWERTON RD.
SYRACUSE, NY 13208


SULLIVAN FIRE PROTECTION CORP.
16 RAILROAD PLAZA
SOUTH FALLSBURG, NY 12779

```
THE DIME BANK
820 CHURCH STREET
HONESDALE, PA 18431


TIMES HERALD RECORD
40 MULBERRY STREET
MIDDLETOWN, NY 10940


TRAVLERS INSURANCE
P.O. BOX 660317
DALLAS, TX 75266-0317


U.S SMALL BUSINESS ADMINISTRATION
801 TOM MARTIN DRIVE
BIRMINGHAM, AL 35211


WEXBANK
P.O. BOX 6293
CAROL STREAM, IL 60197-6293


WINDHAM PROFESSIONALS, INC.
382 MAIN STREET
SALEM, NH 03079-2412
```